UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD ANTHONY FISH, SR.,

    Defendants.
_____/

Case No. 2:13-mj-23

HON. TIMOTHY P. GREELEY

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 15, 2013, for an initial appearance on a complaint alleging one count of impersonating a federal officer in making a search or arrest. A motion for detention was filed by the government prior to the hearing and supported by a recommendation from pretrial services. The court was advised that multiple arrest warrants were found to be outstanding for the defendant in other districts. Defense counsel reserved the right to request a detention hearing at a later date. Therefore, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings. Counsel for the defendant shall contact the court when ready to schedule a detention hearing.

    IT IS SO ORDERED.

Date: October 17, 2013

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge